## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

**1. Case Name:** Pamela Faust, et al. v. Paramount Skydance Corporation, et al.

**2. Case Number:** 4:26-CV-03790-AMO

**3. What documents were served?** Plaintiffs' Motion for Preliminary Injunction

**4. How was the document served?**

☐ Placed in U.S. Mail
☐ Hand-delivered
☐ Sent for delivery (e.g., FedEx, UPS)
☒ Sent via email

**5. Who did you send the document to?**

Jeanifer Parsigian
Winston & Strawn LLP
101 California Street, 34th Floor
San Francisco, CA 94111
jparsigian@winston.com
Counsel for Defendants Paramount Skydance Corporation and Skydance Media, LLC

**6. When were the documents sent?** May 20, 2026

**7. Who served the documents?**

Linda T. Blum
ALIOTO LAW FIRM
One Sansome Street, 14th Floor
San Francisco, CA 94104
lblum@aliotolaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2026, at San Francisco, California.

Signature: /s/ Linda T. Blum

Name: Linda T. Blum

Address: One Sansome Street, 14th Floor, San Francisco, CA 94104