UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAUST, et al                                   ,
              Plaintiff(s),

v.

PARAMOUNT SKYDANCE
CORPORATATION, et al
                           ,

              Defendant(s).

Case No. 4:26-cv-03790-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey L. Kessler, an active member in good standing of the bar of the U.S. District Court for the Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: PARAMOUNT SKYDANCE CORPORATION and SKYDANCE MEDIA, LLC in the above-entitled action. My local co-counsel in this case is Jeanifer E. Parsigian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 289001.

| | |
|---|---|
| 200 Park Avenue, New York, NY, 10166-4193 | 101 California Street, 21st Floor, San Francisco, CA, 94111-5891 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 294-4698 | (415) 591-1469 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| JKessler@winston.com | JParsigian@winston.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JK7891.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __May 21, 2026__                    /s/Jeffrey L. Kessler_____
                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Jeffrey L. Kessler_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

JEFFREY   KESSLER , Bar # JK7891

was duly admitted to practice in the Court on

September 20, 1978

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.           On        October 1, 2025
              New York, New York


Tammi M. Hellwig                      By
Clerk of Court                                  s/B. Cong
                                                Deputy Clerk