UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAUST, et al                               ,
                    Plaintiff(s),

v.

PARAMOUNT SKYDANCE
CORPORATATION, et al
                                           ,
                    Defendant(s).

Case No. 4:26-cv-03790-AMO

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey L. Kessler, an active member in good standing of the bar of the U.S. District Court for the Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: PARAMOUNT SKYDANCE CORPORATION and SKYDANCE MEDIA, LLC in the above-entitled action. My local co-counsel in this case is Jeanifer E. Parsigian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 289001.

200 Park Avenue, New York, NY, 10166-4193

MY ADDRESS OF RECORD

(212) 294-4698

MY TELEPHONE # OF RECORD

JKessler@winston.com

MY EMAIL ADDRESS OF RECORD

101 California Street, 21st Floor, San Francisco, CA, 94111-5891

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 591-1469

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

JParsigian@winston.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JK7891.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

Case 4:26-cv-03790-AMO    Document 20    Filed 05/22/26    Page 2 of 2

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2026                                         /s/Jeffrey L. Kessler
                                                            APPLICANT

<hr>

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey L. Kessler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      5/22/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California