Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St. NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance
Corporation and Skydance Media, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY, <br><br> Plaintiffs, <br><br> vs. <br><br> PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC, <br><br> Defendants. | **Case No. 4:26-cv-03790-AMO** <br><br> **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES** <br><br> Judge:   Hon. Araceli Martínez-Olguín |

PLEASE TAKE NOTICE that, effective June 1, 2026, Winston & Strawn LLP has changed its name and e-mail addresses.  Hereinafter, the new firm name is **Winston Taylor LLP**.  The mailing addresses, telephone numbers, and facsimile numbers remain unchanged.  The email addresses for counsel of record representing Paramount Skydance Corporation and Skydance Media, LLC, have changed as follows:

| Attorney Name | New Email Address |
| --- | --- |
| Jeffrey L. Kessler (*pro hac vice*) | jeffrey.kessler@winstontaylor.com |
| Jeanifer E. Parsigian (SBN 289001) | jeanifer.parsigian@winstontaylor.com |
| Matthew R. DalSanto (SBN 282458) | matthew.dalsanto@winstontaylor.com |
| Conor A. Reidy (*pro hac vice*) | conor.reidy@winstontaylor.com |
| Kevin B. Goldstein (*pro hac vice*) | kevin.goldstein@winstontaylor.com |
| Matthew R. Huppert (*pro hac vice*) | mathew.huppert@winstontaylor.com |

Dated:  June 1, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

By: _/s/ Conor A. Reidy_____
    Conor A. Reidy (*pro hac vice*)
    Kevin B. Goldstein (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    300 N. LaSalle Drive
    Chicago, IL 60654-3406
    Telephone: (312) 558-7542
    Facsimile: (312) 558-5700
    conor.reidy@winstontaylor.com
    kevin.goldstein@winstontaylor.com

    Jeffrey L. Kessler (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-4698
    Facsimile: (212) 294-4700
    jeffrey.kessler@winstontaylor.com

    Jeanifer E. Parsigian (SBN 289001)
    Matthew R. DalSanto (SBN 282458)
    **WINSTON TAYLOR LLP**

NOTICE OF CHANGE OF FIRM NAME & EMAIL
CASE NO. 4:26-CV-03790-AMO

101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St. NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance
Corporation and Skydance Media, LLC*