UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn and Gary Talewsky ,
                 Plaintiff(s),

            v.

Paramount Skydance Corp. (formerly Paramount Global), and Skydance Media, LLC ,
                 Defendant(s).

Case No. 4:26-cv-03790-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Shayan Ahmad , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paramount Skydance Corp. in the above-entitled action. My local co-counsel in this case is Natalie Kaliss , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 353838 .

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
MY ADDRESS OF RECORD

Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 906-1200
MY TELEPHONE # OF RECORD

(415) 391-0600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

shayan.ahmad@lw.com
MY EMAIL ADDRESS OF RECORD

natalie.kaliss@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6200810 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __May 26, 2026_____                              /s/ Shayan Ahmad_____
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Shayan Ahmad_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____6/2/2026_____

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                                 2