Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance
Corporation and Skydance Media, LLC*

[additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Filed Concurrently with [Proposed] Order; Declaration of Jeffrey L. Kessler<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky and Defendants Paramount Skydance Corporation and Skydance Media, LLC (collectively, the "Parties") by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, jointly stipulate and seek an order, with reference to the following:

WHEREAS, on April 30, 2026, Plaintiffs commenced this action by filing the summons and complaint (ECF Nos. 1, 4);

WHEREAS, on May 19, 2026, Defendants agreed to accept service of the summons and complaint;

WHEREAS, on May 20, 2026, Plaintiffs filed a Waiver of the Service of Summons confirming Defendant's acceptance of service and obligation to file and serve an answer or a motion under Fed. R. Civ. P. 12 by July 20, 2026 (ECF Nos. 10, 11);

WHEREAS, on May 20, 2026, Plaintiffs filed a Motion for Preliminary Injunction (ECF No. 12);

WHEREAS, under N.D. Cal. Local Rule 7-3(a), Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction must be filed and served by June 3, 2026;

WHEREAS, under N.D. Cal. Local Rule 7-3(c), Plaintiffs' Reply in Support of its Motion for Preliminary Injunction must be filed and served by June 10, 2026;

WHEREAS, Defendants intend to file a Motion to Dismiss on June 3, 2026;

WHEREAS, under N.D. Cal. Local Rule 7-3(a), Plaintiffs' Opposition to Defendants' Motion to Dismiss must be filed and served by June 17, 2026;

WHEREAS, under N.D. Cal. Local Rule 7-3(c), Defendants' Reply in Support of its Motion to Dismiss must be filed and served by June 24, 2026;

WHEREAS, the Parties seek to align the briefing schedules for Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction, which will be more efficient for this Court and the Parties due to the overlapping legal and factual issues addressed in the motions;

WHEREAS, the hearing for Plaintiffs' Motion for Preliminary Injunction is currently set for July 16, 2026 (ECF No. 12);

WHEREAS, the Parties agree that arguments for Plaintiffs' Motion for Preliminary Injunction and Defendants' forthcoming Motion to Dismiss should be heard at the same hearing, which will be more efficient for the Court and the Parties due to the overlapping legal and factual issues addressed in the motions;

WHEREAS, although the motion hearing will be scheduled less than four weeks following the close of briefing for Plaintiffs Motion for Preliminary Injunction and Defendants forthcoming Motion to Dismiss, the Parties agree that rescheduling the motion hearing currently noticed for July 16, 2026 to July 2, 2026 is in the best interest of the Parties because resolution of Plaintiffs' Motion for Preliminary Injunction could materially impact Defendants' ability to close the proposed Paramount-Warner Bros. merger[1];

WHEREAS, the Parties have not previously made any requests to modify the schedule in this action;

WHEREAS, the Parties' proposed briefing deadline extension will not impact the schedule for the case or affect any current Court ordered event dates or deadlines.  The Parties' proposal to reschedule the July 16, 2026 hearing date to July 2, 2026 will not impact the schedule for the case or affect any current Court ordered event dates or deadlines other than the originally scheduled hearing date. Indeed, the change will expedite the case.

NOW THEREFORE, the Parties hereby stipulate and agree to the following:

1.  Defendants' Motion to Dismiss shall be filed on or before June 3, 2026.

2.  Defendants' Reply in Support of its Motion to Dismiss shall be filed on or before June 26, 2026.

3.  Plaintiffs' Reply in Support of its Motion for Preliminary Injunction shall be filed on or before June 17, 2026.

4.  At the Court's convenience, the hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction will be held on July 2, 2026 at 2:00 pm.

---

[1] Defendants' lead counsel currently has an arbitration scheduled for July 6-9, 2026 that conflicts with scheduling the hearing July 9 instead.

**IT IS SO STIPULATED.**

Dated:  June 3, 2026

Respectfully submitted,

By: */s/ Ian A. Hansen*
    Joseph M. Alioto, Esq. (SBN 42680)
    Tatiana V. Wallace, Esq. (SBN 233939)
    **ALIOTO LAW FIRM**
    One Sansome Street, 14th Floor
    San Francisco, CA 94104
    Telephone: (415) 434-8900
    Facsimile: (415) 434-9200
    jmalioto@aliotolaw.com

    Ronald D. Foreman, Esq. (SBN 61148)
    Ian. A. Hansen, Esq. (SBN 255449)
    FOREMAN & BRASSO
    850 Montgomery Street, Suite 300
    San Francisco, CA 94133
    Telephone: (415) 433-3475
    Facsimile: (415) 781-8030
    foremanandbrasso@foremanandbrasso.com

    *Attorneys for Plaintiffs Pamela Faust, Len*
    *Marazzo, Lisa McCarthy, Deborah*
    *Rubinsohn, and Gary Talewsky*

By: */s/ Jeffrey L. Kessler*
    Jeffrey L. Kessler (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-4698
    Facsimile: (212) 294-4700
    jeffrey.kessler@winstontaylor.com

    Jeanifer E. Parsigian (SBN 289001)
    Matthew R. DalSanto (SBN 282458)
    **WINSTON TAYLOR LLP**
    101 California Street, 21st Floor
    San Francisco, CA 94111-5891
    Telephone: (415) 591-1469
    Facsimile: (415) 591-1400
    jeanifer.parsigian@winstontaylor.com
    matthew.dalsanto@winstontaylor.com

    Conor A. Reidy (*pro hac vice*)
    Kevin B. Goldstein (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    300 N. LaSalle Drive
    Chicago, IL 60654-3406
    Telephone: (312) 558-7542
    Facsimile: (312) 558-5700
    conor.reidy@winstontaylor.com
    kevin.goldstein@winstontaylor.com

    Matthew R. Huppert (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    1901 L St NW
    Washington, DC 20036-3506
    Telephone: (202) 282-5004
    Facsimile: (202) 282-5100
    matthew.huppert@winstontaylor.com

    *Attorneys for Defendants Paramount Skydance*
    *Corporation and Skydance Media, LLC*

Joint Stipulation Requesting Extension of Time to Reply to
Motion to Dismiss and Motion For Preliminary Injunction
3                    Case No. 4:26-cv-03790-AMO

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of document attests that the concurrence in the filing of this document has been obtained from the signatories above.


Dated: June 3, 2026                                    By: */s/ Jeffrey L. Kessler*
                                                                Jeffrey L. Kessler