**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to the joint stipulation filed by Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky ("Plaintiffs") and Paramount Skydance Corporation and Skydance Media, LLC ("Defendants"), IT IS SO ORDERED, that:

1.  Defendants' Motion to Dismiss is due on or before June 3, 2026.

2.  Defendants' Reply in Support of its Motion to Dismiss shall be filed on or before June 26, 2026.

3.  Plaintiffs' Reply in Support of its Motion for Preliminary Injunction shall be filed on or before June 17, 2026.

4.  The hearing on Defendant's Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction will be held on July 2, 2026 at 2:00 p.m.

Dated: _____        By: _____

The Honorable Araceli Martínez-Olguín
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION

1

CASE NO. 4:26-CV-03790-AMO