Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance
Corporation and Skydance Media, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Filed Concurrently with [Proposed] Order<br><br>Judge: Hon. Araceli Martínez-Olguín |

Declaration in Support of Joint Stipulation to Extend Time to Reply to
Motion to Dismiss and Motion For Preliminary Injunction

Case No. 4:26-cv-03790-AMO

I, Jeffrey L. Kessler, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Bar of New York and the United States Court for the Southern District of New York and have been admitted to this Court *pro hac vice*. I represent and am lead counsel for the Defendants Paramount Skydance Corporation and Skydance Media, LLC ("Defendants") in this matter.  Pursuant to Civil Local Rules 6-2 and 7-12, I submit this declaration in support of the Parties' Joint Stipulation to Extend Time to Reply to Motion to Dismiss and Motion for Preliminary Injunction.

2. **Purpose of Extension of Briefing Schedule.**  The Parties seek to align the briefing schedules for Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction, which will be more efficient for this Court and the Parties due to the overlapping legal and factual issues addressed in the motions.  To facilitate this, the Parties agreed that: (a) Defendants will file their Motion to Dismiss on June 3, 2026, ahead of its deadline under the Federal Rules; (b) Defendants' Reply in Support of its Motion to Dismiss shall be filed on or before June 26, 2026, reflecting a two-day extension; and (c) Plaintiffs' Reply in Support of its Motion for Preliminary Injunction shall be filed on or before June 17, 2026, reflecting a 7-day extension.

3. **Purpose of Change to Motion Hearing.**  The Parties further agree that rescheduling the motion hearing currently noticed for July 16, 2026 to July 2, 2026 is warranted because resolution of Plaintiffs' Motion for Preliminary Injunction will materially impact Defendants' ability to close the Paramount-Warner Bros. merger. Accordingly, the Parties respectfully submit that exceptional circumstances exist that warrant allocating less than four weeks between the close of briefing and the motion hearing. The Parties' purpose of requesting an earlier hearing date is unrelated to and not affected by its request for a stipulated briefing schedule that aligns filing dates.

4. **Previous Time Modifications.**  The Parties have not previously made any requests to modify the schedule in this action.

5. **Effect of Requested Modification on Case Schedule.**  The Parties' proposed extension of briefing deadlines will not impact the schedule for the case or affect any current Court ordered event dates or deadlines. The Parties' proposal to reschedule the July 16, 2026 hearing date to July 2, 2026

DECLARATION IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION

1

CASE NO. 4:26-CV-03790-AMO

will not impact the schedule for the case or affect any Court-ordered event dates or deadlines other than the originally scheduled Motion for Preliminary Injunction hearing date. As set forth above, the Parties' request for an earlier hearing date is unrelated to its request for a briefing extension and stipulated briefing schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of June 2026 at New York City, New York.

By: _/s/ Jeffrey L. Kessler_____
    Jeffrey L. Kessler

DECLARATION IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION

2                    CASE NO. 4:26-CV-03790-AMO