Docusign Envelope ID: D18149DB-8B2A-8AD4-82A8-1F2283F0E8B3

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**DECLARATION OF ANDREW BRANDON-GORDON IN SUPPORT OF PARAMOUNT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Andrew Brandon-Gordon, declare and state as follows:

1. I am the Chief Strategy Officer and Chief Operating Officer at Paramount Skydance Corporation ("Paramount"). I make this declaration based on my own personal knowledge and experience, including based on information provided to me, to describe ways that Paramount's merger with Warner Bros. Discovery, Inc. ("Warner Bros.") is expected to create synergies, efficiencies, cost savings, and other benefits.

2. I joined Paramount in August 2025 when Skydance Media LLC completed its acquisition of Paramount Global. The focus of my role at Paramount is translating corporate strategy into operational plans that drive performance, efficiency, and long-term growth. My responsibilities have included evaluating Paramount's potential strategic acquisition of Warner Bros. and overseeing analysis of synergies that the merged company can achieve. I have four decades of experience in investment banking, corporate strategy, and the technology, media, and telecommunications industries.

3. At Paramount, I oversee a team of in-house staff and outside management consultants that has been working to identify potential synergies and cost-savings that Paramount can achieve post-merger without compromising our senior leaderships' priorities, which include investing to grow Paramount and Warner Bros. into a highly competitive, next-generation media and entertainment company that delivers high-quality content and creates even greater value for customers than the companies can independently.

4. Paramount's efforts to identify synergies and cost-saving opportunities from the merger began as part of Paramount's consideration of whether to acquire Warner Bros. and how much would be reasonable to pay for it. The bidding process to acquire Warner Bros. was highly competitive, with Paramount, Netflix, and Comcast making offers to acquire the company at increasing valuations during the autumn of 2025, and continuing until Paramount and Warner Bros. entered their definitive Agreement and Plan of Merger on February 27, 2026 (the "Merger Agreement"), a true and correct copy of which is attached to this declaration as Exhibit 5.

5. When Paramount announced the merger, it publicly disclosed that it expects the merger will yield more than $6 billion in synergies and described certain of the sources of those synergies. A true and correct copy of the press release announcing the merger and expected synergies is attached as

Exhibit 2.  Since that time, Paramount has continued to evaluate and refine the synergy plan, including efforts to identify additional cost-saving opportunities.

6.      Paramount has invested substantial time and effort to analyze the benefits of the merger and is committed to achieving substantial synergies that increase the competitiveness of the combined company.  Our synergy plans are designed to allow the combined company to operate more efficiently and invest in its priorities, without reducing the quality or quantity of content that it offers or reducing the value proposition of the companies' offerings to consumers.  Our goal is to make investments that attract and engage more consumers across our platforms post-merger, including streaming, linear, and theatrical customers—not to make cuts that hurt our competitiveness.

## I.      Cost Synergies

7.      Paramount expects to realize significant cost savings specific to the Warner Bros. merger in technology, real estate, marketing, labor, and content.

8.      *Technology synergies.*  Paramount anticipates realizing significant cost savings from consolidating the technology infrastructure (or "tech stack") needed to deliver Paramount and Warner Bros. streaming services to consumers.  The tech stack is a major operating cost behind any streaming platform.  Among other technology costs, all content must be continuously hosted such that high-definition video can be delivered simultaneously to millions of viewers nationwide and internationally.  Further, the streaming service must develop and continuously maintain a user-friendly app interface for numerous smart TVs, PCs, and mobile device platforms, along with software algorithms to help recommend desirable programming to individual viewers and keep them engaged.  By consolidating this technology infrastructure into a single tech stack covering all Paramount and Warner Bros. streaming services, Paramount will substantially cut costs while improving performance and user experience. Paramount further anticipates technology savings from migration to a single enterprise resource planning (ERP) system and through other efficiencies in using unified back-office technology across the combined company.

9.      *Real estate synergies*.  Paramount anticipates significant saving in real estate costs as result of the merger.  The savings will be achieved in substantial part by consolidating offices facilities in areas where Paramount and Warner Bros. have multiple buildings, some of which are underutilized.

10.    *Marketing synergies*.  We estimate that the combined company will be able to reduce marketing spending by marketing more efficiently, without reducing audience engagement.  For example, with greater data from a larger subscriber base, the company will be better able to identify groups that prefer certain television series or films, and tailor marketing more efficiently to that audience.  The combined company can also consolidate marketing spending in certain agencies that perform most effectively.

11.    *Labor synergies*.  Paramount plans to maintain and increase overall investment in creative talent and production personnel, including actors, writers, directors, and others involved in content creation.  Paramount does, however, anticipate some reductions in the combined companies' workforce, primarily affecting non-union corporate and administrative employees performing duplicative functions.  However, Paramount is targeting a majority of the anticipated synergies coming from nonlabor sources.  Paramount of course recognizes the significant personal impact of labor reductions and the financial plans for the merger anticipate paying competitive severance packages to affected employees.  As Paramount continues to increase our own content creation and continues to buy content from other content creators, this will increase employment of actors, writers, directors, and others in the entertainment ecosystem in California and New York, among others.

12.    *Content synergies*.  The combined company plans to invest in expanded content and spend more money on programming and content than the two companies would have spent independently.  At the same time, the combined companies also project savings on existing content by spending money more efficiently, such as pruning content that is unpopular or overpriced relative to its viewership.

## II.    Ongoing Success Achieving Synergies

13.    Since Paramount Skydance Corporation was formed in August 2025 through the merger of Skydance Media and Paramount Global, Paramount's new leadership has been making significant investments to improve our products and expand content, while also achieving the efficiencies projected from that prior merger.  The synergies we are already achieving from the Skydance-Paramount merger give us high confidence in our projections of synergies from the Warner Bros. merger.

14. For example, Paramount is already achieving technology efficiencies from the Skydance-Paramount merger that are similar to what we project from the Warner Bros. merger. Paramount is already investing to better utilize technology, lower operating costs and improve the consumer experience by transitioning Paramount's entire enterprise to a single technology platform for the first time. Prior to the Skydance merger, Paramount Global operated three different streaming services—Paramount+, BET+, and PlutoTV—each with its own distinct tech stack, which resulted in significant inefficiency. Paramount has already made significant investments to converge Paramount+, BET+, and PlutoTV all into one unified tech stack, which will significantly enhance performance, elevate the consumer experience, and drive meaningful cost savings.

15. Paramount leadership estimates that the 2025 Skydance-Paramount merger will ultimately result in more than $3 billion in cost savings overall, with technology synergies being a substantial portion of those savings. These initiatives are already well underway and anticipated to achieve $2.5 billion of the total projected synergies by the end of 2026. The synergies we estimate from the merger with Warner Bros. are above and beyond what we anticipate from the Skydance-Paramount merger.

## III.  Additional Benefits to Combining Streaming Services

16. The cost savings created by the merger are expected to help Paramount increase investments in areas that directly benefit consumers, including content development, improved streaming technology, and other product improvements. These investments are expected to increase the quality and quantity of content available to consumers and improve Paramount's overall competitiveness.

17. A central thesis of the merger is the opportunity to improve Paramount's direct-to-consumer streaming offering. With the merger, Paramount and Warner Bros. expect to combine their primary streaming platforms—Paramount+ and HBO Max—to offer a more compelling streaming product to consumers than either could alone. Combining' the complementary offerings of Paramount+ and HBO Max will mean more content options for subscribers, especially high-quality content that drives engagement, all on a single platform. Subscribers would have access to the libraries and original content and sports and news from both services through a single, far more competitive library of streaming

content.  The combined platform will improve our ability to create and surface relevant content to consumers.

18.    A better streaming product that draws in more subscribers than either Paramount+ or HBO Max could alone, will also increase revenue.  The combined service will thus allow the company to invest in even more content because it can spread the cost of that content across more subscribers, including more local and specialized content that becomes economically viable with a larger subscriber base.

19.    As we broaden the subscriber base and reach a broader audience with more diverse tastes, we can afford to spend more on content than either platform could on its own.  Paramount understands that content drives this business and currently plans to increase content over time.  The combined direct-to-consumer streaming service, even after accounting for the planned cost-reductions, currently plans to spend more on content than the two standalone services combined.

**IV.    Consequences If the Merger Is Delayed**

20.    Delaying Paramount's combination with Warner Bros. would both delay achieving the merger's benefits for consumers and result in a direct economic cost to Paramount.

21.    Paramount estimates that 70% of cost synergies from the Warner Bros. merger will be achieved within two years of closing the merger, with the rest achieved within three years of closing. Any delay in closing would correspondingly delay the realization of these synergies.  As discussed above, the cost savings created by the merger are expected to directly benefit consumers, but those benefits would be delayed if the merger closing is delayed.

22.    If the transaction has not closed by September 30, 2026, Paramount will also be responsible for paying Warner Bros. shareholders a $0.25 per share "ticking fee" for each quarter (measured daily) until closing. Ex. 5, Merger Agreement, Annex A.  The ticking fee is calculated under the Merger Agreement as $.00277778 per share per day after September 30, not to exceed $0.25 per 90 calendar day period. Ex. 5, Merger Agreement, Annex A.  Based on the number of Warner Bros. shares outstanding as of May 6, 2026, the ticking fee will be approximately $6.9 million per day.  If Paramount is forced to spend millions per day on a ticking fee, that necessarily means less money available for Paramount to invest in content and services for consumers.

23.    Any delay in closing would also result in continued carrying costs on committed financing, potential expiration or renegotiation of financing commitments, and ongoing uncertainty in the capital markets.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 3, 2026.

_Andrew Brandon-Gordon_

/s/ _____
Andrew Brandon-Gordon