Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance
Corporation and Skydance Media, LLC*

*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**DEFENDANTS PARAMOUNT SKYDANCE CORPORATION AND SKYDANCE MEDIA, LLC'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　　Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 6-1(b), 6-3, and 16-2(d), Defendants Paramount Skydance Corporation ("Paramount") and Skydance Media, LLC respectfully request that the Court change the date of the Initial Case Management Conference ("CMC"), currently scheduled for July 30, 2026, to August 27, 2026.  As set forth below, the particular circumstances warranting this request are (1) Defendants' lead trial counsel has an unavoidable scheduling conflict on the currently scheduled date, and (2) a dispositive Motion to Dismiss, as well as Plaintiffs' Motion for Preliminary Injunction, are pending before this Court, rulings on which will determine whether the CMC is necessary and, if so, the scope of the topics to be addressed.

## BACKGROUND

On April 30, 2026, Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky ("Plaintiffs") filed a Complaint against Defendants alleging that the completed Skydance-Paramount Global merger and the pending Paramount-Warner Bros. Discovery merger violate Section 7 of the Clayton Act, 15 U.S.C. § 18, and seeking treble damages, *see* 15 U.S.C. § 15, and injunctive relief, *see* 15 U.S.C. § 26.  *See* Dkt. 1.  That same day, the Court issued an Order setting the CMC.  Dkt. 8.  Plaintiffs served the Complaint approximately three weeks later, on May 19, 2026.  Dkt. 10–11.  Plaintiffs then filed a Motion for Preliminary Injunction.  Dkt. 12.

On May 22, 2026, counsel for Defendants notified Plaintiffs' counsel in a telephonic meet and confer about the CMC that lead trial counsel is unavailable to attend a CMC on July 30, 2026.  *See* Parsigian Decl. ¶ 11.  Defendants counsel wrote to Plaintiffs' counsel confirming this conflict via email on May 27, 2026.  *Id.* ¶ 15.  Specifically, lead trial counsel has in-person, post-trial motion arguments in New York in another matter on July 29, 2026, and a pre-existing international travel commitment from July 31, 2026, through August 13, 2026, which prevent him from appearing in-person at the CMC in California, as required by this Court's Standing Order.  Kessler Decl. ¶ 2.  On June 2, 2026, counsel for Defendants reiterated lead trial counsel's unavailability and proposed rescheduling the CMC to August 27, 2026, noting that the Court's calendar indicates that Your Honor is unavailable between August 8 and 16.  Parsigian Decl. ¶ 17.  On June 8, 2026, Defendants' counsel again emailed Plaintiffs to confirm their position prior to filing this motion.  *Id.* ¶ 21.  Plaintiffs' counsel responded twice on June 8; first to say that they were unwilling to agree to move the CMC to August 27 unless Defendants made unrelated

1

commitments about the timing of the merger closing; and then second to propose accelerating the CMC to July 16. *Id.* Defendants declined both proposals because they either injected unrelated issues or would likely result in wasted judicial and party resources. *See id.*

On June 3, 2026, Defendants filed a Motion to Dismiss based on Plaintiffs' lack of Article III and antitrust standing and their failure to state a claim. *See* Dkt. 36. That same day, Defendants also filed their Opposition to Plaintiffs' Motion for a Preliminary Injunction, which seeks to enjoin the Paramount-Warner Bros. merger. *See* Dkt. 33. Defendants' Opposition is based on, among other things, Plaintiffs' failure to support their motion with any evidence; their failure to make a clear showing of standing, a likelihood of success on the merits, or irreparable injury; and substantial evidence that the Paramount-Warner Bros. merger would generate significant procompetitive benefits. *See* Dkt. 33.

The parties stipulated to modify deadlines for briefing the Motion to Dismiss and Motion for Preliminary Injunction, which the Court approved on June 5, 2026, except that the Court declined the parties' request to reschedule the consolidated hearing on these motions from July 16, 2026, to July 2, 2026. Dkt. 37. Accordingly, a hearing on both motions is set for July 16, 2026 at 2:00 p.m. Dkt. 37. This is Defendants' first request for a continuance of the CMC. There have been no prior time modifications to the CMC in this case.

**ARGUMENT**

**I.    LEAD COUNSEL'S UNAVAILABILITY WARRANTS A CONTINUANCE**

The basis for the requested continuance is straightforward: Defendants' lead trial counsel has an immovable, pre-existing professional obligation—post-trial motion arguments on July 29, 2026, in New York, followed by pre-committed international travel beginning July 31, 2026—that prevents him from appearing on July 30, 2026, in person in California, as required by this Court's Standing Order. *See* Standing Order for Civil Cases Before Judge Araceli Martínez-Olguín § D(2) (N.D. Cal. Nov. 14, 2025). This Court "has broad discretion to manage its own calendar," *United States v. Batiste*, 868 F.2d 1089, 1091 n.4 (9th Cir. 1989), and it would be appropriate to change the date of an initial case management conference to accommodate scheduling conflicts. *See Tri-Union Seafoods LLC v. Otis McAllister, Inc.*, 2020 WL 1550233, at *1 (N.D. Cal. Jan. 8, 2020) (continuing initial CMC "several . . . times" due to "the Court's calendar and scheduling conflicts of the parties").

2

Defendants' counsel has met and conferred with Plaintiffs' counsel regarding the scheduling of the CMC and has made good-faith efforts to resolve the matter cooperatively. *See* Parsigian Decl. ¶ 11. Despite Defendants' good-faith efforts to identify a mutually workable date that accommodates both the Court's availability and lead counsel's pre-existing professional obligations, Plaintiffs have not agreed to the continuance. *Id.* ¶ 21. Accordingly, Defendants respectfully ask that the Court reschedule the CMC to August 27, 2026, which appears to be the earliest date on which both lead counsel and the Court are available.

## II.    A BRIEF CONTINUANCE WOULD PROMOTE JUDICIAL EFFICIENCY

Continuing the CMC to August 27, 2026, less than one month from the currently scheduled date, would also promote judicial efficiency because of the pending dispositive Motion to Dismiss, scheduled to be heard on July 16, 2026. Continuing the CMC in this circumstance would promote judicial economy as the Court may decide the pending Motion to Dismiss before spending time on the CMC. *See* Order, *Silveria v. Marin Cnty. Sheriff's Dep't*, No. 24-cv-03181, Dkt. 24 (N.D. Cal. Aug. 13, 2024) (Martínez-Olguín, J.) (continuing initial CMC "[b]ecause a motion to dismiss is currently pending"); *Ou-Young v. Rea*, 2014 WL 129267, at *2 (N.D. Cal. Jan. 14, 2014) (courts "routinely continue[] case management conferences pending resolution of Rule 12 motions" (citation modified)). A brief continuance would allow the Court a greater opportunity to resolve one or both pending motions and avoid expenditure of judicial and party resources on case management planning that would become unnecessary if the Court were to grant the motion to dismiss or narrow the claims at issue prior to the CMC.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Initial Case Management Conference be continued to August 27, 2026.

3

Dated:  June 8, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

By: */s/ Jeffrey L. Kessler*

    Jeffrey L. Kessler (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-4698
    Facsimile: (212) 294-4700
    jeffrey.kessler@winstontaylor.com

    Jeanifer E. Parsigian (SBN 289001)
    Matthew R. DalSanto (SBN 282458)
    **WINSTON TAYLOR LLP**
    101 California Street, 21st Floor
    San Francisco, CA 94111-5891
    Telephone: (415) 591-1469
    Facsimile: (415) 591-1400
    jeanifer.parsigian@winstontaylor.com
    matthew.dalsanto@winstontaylor.com

    Conor A. Reidy (*pro hac vice*)
    Kevin B. Goldstein (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    300 N. LaSalle Drive
    Chicago, IL 60654-3406
    Telephone: (312) 558-7542
    Facsimile: (312) 558-5700
    conor.reidy@winstontaylor.com
    kevin.goldstein@winstontaylor.com

    Matthew R. Huppert (*pro hac vice*)
    **WINSTON TAYLOR LLP**
    1901 L St NW
    Washington, DC 20036-3506
    Telephone: (202) 282-5004
    Facsimile: (202) 282-5100
    matthew.huppert@winstontaylor.com

Natalie Kaliss (SBN 353838)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
natalie.kaliss@lw.com

Marguerite Sullivan (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com

Shayan Ahmad (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
shayan.ahmad@lw.com

*Attorneys for Defendants Paramount Skydance Corporation and Skydance Media, LLC*

5