# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PARAMOUNT SKYDANCE CORPORATION AND SKYDANCE MEDIA, LLC'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered Defendants Paramount Skydance Corporation and Skydance Media, LLC's Motion to Continue the Initial Case Management Conference and for good cause shown, the Court HEREBY GRANTS the Motion and ORDERS as follows:

1. The deadline to file ADR Certification, currently set for July 9, 2026, is hereby set for August 6, 2026.  *See* ADR L.R. 3.

2. The deadline to meet and confer regarding initial disclosure, early settlement, ADR process selection, and discovery plan, currently set for July 9, 2026, is hereby set for August 6, 2026. *See* Fed. R. Civ. P. 26(f)(1).

3. The deadline to make initial disclosures, currently set for July 23, 2026, is hereby set for August 20, 2026.  *See* Fed. R. Civ. P. 26(a)(1).

4. The deadline to file the Joint Case Management Statement, currently set for July 23, 2026, is hereby set for August 20, 2026.  *See* Standing Order for All Judges of the Northern District of California.

5. The Initial Case Management Conference, currently scheduled for July 30, 2026, is hereby continued to August 27, 2026.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                             Araceli Martínez-Olguín
                                             United States District Judge