Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance Corporation and Skydance Media, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>                    Plaintiffs,<br><br>        vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>                    Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Araceli Martínez-Olguín |

I, Jeffrey L. Kessler, declare as follows:

1.  I am an attorney duly licensed to practice law before this Court.  I am a member of the Bar of New York and have been admitted to this Court *pro hac vice*.  I represent and am lead counsel for the Defendants Paramount Skydance Corporation and Skydance Media, LLC ("Defendants") in this matter.  I submit this declaration in support of Defendants' Motion to Continue the Initial Case Management Conference.

2.  I understand that the Initial Case Management Conference is currently scheduled for July 30, 2026.  I have two conflicts with the currently scheduled hearing.  First, on July 29, I will be arguing post-trial motions at a hearing in New York.  Second, I have pre-existing international travel plans from July 31 through August 13.  These pre-existing conflicts would prevent me from appearing in person at the Initial Case Management Conference on July 30, 2026, as required by the Court's Standing Order.

3.  I am available to appear in person for the Initial Case Management Conference on August 27, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 8th day of June 2026 at New York City, New York.


By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler