Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel:  (415) 434-8900
Fax:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian. A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone:  (415) 433-3475
Facsimile:  (415) 781-8030
Email:  foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs Pam Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAM FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY,<br><br>        Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>        Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND REQUEST TO ADVANCE THE CONFERENCE TO JULY 16, 2026** |

### I. INTRODUCTION

Plaintiffs do not oppose moving the Initial Case Management Conference from July 30, 2026, to accommodate Defendants' lead counsel's scheduling conflict. Plaintiffs do, however, oppose Defendants' request to delay the conference until August 27, 2026. This case concerns a pending merger, a pending motion for preliminary injunction, and a pending request to serve

limited expedited discovery. Case management should not be delayed a month while those issues remain live.

Plaintiffs request that the Court instead *advance* the Initial Case Management Conference to July 16, 2026, at 10:00 a.m., when all counsel will already be in court for Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss. Advancing the conference will conserve party and judicial resources, and allow the Court to address scheduling, discovery, confidentiality, and protective-order issues while the transaction remains pending.

## II. ARGUMENT

### A. Advancing the Conference Would Promote Efficient Case Management

This case is time-sensitive. Plaintiffs seek preliminary relief concerning a pending merger. Defendants represent that the transaction will not close before the July 16 preliminary-injunction hearing. Still, the timing of case management remains important, as discovery, confidentiality, protective orders, and scheduling issues must be addressed while the transaction remains pending.

Advancing the Initial Case Management Conference to July 16 would allow the Court to address those issues at the same time it hears the pending preliminary-injunction and dismissal motions. That approach is more efficient than waiting until August 27. If the Court denies either motion, takes either motion under submission, or determines that limited discovery or further scheduling is appropriate, the parties will need prompt case-management direction. An August 27 conference risks leaving those issues unresolved during the critical period after the July 16 hearing.

### B. Defendants' Requested Delay Is Not Necessary

Defendants argue that postponing the conference would promote efficiency because the Court may rule on the pending motions before the CMC. That argument does not justify delaying case management for nearly a month. The pending motions are themselves the reason an earlier conference would be useful. The Court can determine at the July 16 hearing whether any case-

PLS' OPP TO DEFS' MO CONTINUE INITIAL CMC AND    CASE NO. 4:26-cv-03790-AMO
REQUEST TO ADVANCE THE CONFERENCE TO JULY 16, 2026

management issues should be addressed immediately, narrowed, deferred, or coordinated with the pending motions.

Nor would July 16 prejudice Defendants. Defendants' stated conflict is July 30. Defendants have not shown that lead counsel or any other counsel is unavailable on July 16. To the contrary, all counsel are already expected to appear that day for the hearing on the pending motions. Holding the Initial Case Management Conference at 10:00 a.m. on July 16 would therefore accommodate Defendants' conflict without delaying case management until late August.

### III. CONCLUSION

Plaintiffs respectfully request that the Court deny Defendants' request to continue the Initial Case Management Conference to August 27, 2026. Plaintiffs do not oppose moving the conference off July 30, 2026, but request that the Court instead advance the Initial Case Management Conference to July 16, 2026, at 10:00 a.m., or to another earlier date convenient for the Court.

DATED: June 11, 2026                    ALIOTO LAW FIRM


                                         /s/ Joseph M. Alioto
                                        Joseph M. Alioto, Esq.
                                        Tatiana V. Wallace, Esq.
                                        Attorneys for Plaintiffs


                                        FOREMAN & BRASSO


                                         /s/ Ian A. Hansen
                                        Ronald D. Foreman, Esq.
                                        Ian. A. Hansen, Esq.
                                        Attorneys for Plaintiffs

**PLS' OPP TO DEFS' MO CONTINUE INITIAL CMC AND        CASE NO. 4:26-cv-03790-AMO**
**REQUEST TO ADVANCE THE CONFERENCE TO JULY 16, 2026**