Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14ᵗʰ Floor
San Francisco, CA 94104
Tel:  (415) 434-8900
Fax:  (415) 434-9200
Email: jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian. A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone:  (415) 433-3475
Facsimile:  (415) 781-8030
Email:  foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs Pam Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAM FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY,<br><br>        Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>        Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**LIMITED VERIFICATION OF GARY TALEWSKY** |

LIMITED VERIFICATION OF GARY TALEWSKY

CASE NO. 4:26-cv-03790-AMO

1

I, Gary Talewsky, declare as follows:

1. I am a Plaintiff in this action.

2. I have reviewed the Complaint filed in this action.

3. The allegations in the Complaint concerning my own subscriptions, Paramount+ subscription or access, Paramount+ payments or charges, payment or incurring of increased Paramount+ charges, streaming-service use, cable or live-TV use, national-news viewing, moviegoing, purchasing habits, threatened injury, and reasons for seeking injunctive relief are true and correct of my own personal knowledge.

4. To the extent the Complaint contains allegations made on information and belief, I believe those allegations to be true.

5. I understand that this verification is limited to facts within my personal knowledge and to allegations made on information and belief that I believe to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10 JUNE, 2026, at BOCA RATON FL

_____
Gary Talewsky