ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorney General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6153
  Fax: (916) 731-3637
  Email: Daniel.Ambar@doj.ca.gov

*Attorneys for Plaintiff State of California*
Additional counsel identified on signature page

## UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FAUST, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and SKYDANCE MEDIA, LLC,<br><br>*Defendants.* | Case No. 4:26-cv-3790<br><br>**PLAINTIFF STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rules 3-3(c) and 3-12, Plaintiff State of California respectfully moves this Court to consider whether *Faust v. Paramount Skydance Corp.*, Case No. 4:26-cv-3790 ("*Faust*"), should be related to *California v. Paramount Skydance Corp. & Warner Bros. Discovery, Inc.*, Case No. 4:26-cv-7116 ("*California v. Paramount*").

Plaintiff State of California respectfully submits that the two actions meet the definition of "related cases." Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Case No.: 4:26-cv-3790

appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both criteria are satisfied here.

First, there is substantial overlap in the parties and transaction involved in each action. Paramount Skydance Corp. ("Paramount") is a defendant in both *Faust* and *California v. Paramount*. Both cases concern the same transaction: Paramount's proposed acquisition of Warner Bros. In both suits, plaintiffs seek to enjoin the transaction on the grounds that it is likely to substantially harm competition in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18.

Second, given these similarities between *Faust* and *California v. Paramount*, relating the cases will promote judicial economy, avoid duplicative discovery, and reduce the burden on the parties and witnesses. Moreover, due to the overlapping issues, proceeding before two separate Judges creates a risk of potentially inconsistent rulings while the two cases proceed simultaneously.

Accordingly, Plaintiff State of California respectfully submits that *Faust* should be related to *California v. Paramount*.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
2
Case No.: 4:26-cv-3790

Dated:  July 13, 2026

Respectfully submitted,

*/s/ Daniel Ambar*

ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6153
  Fax: (916) 731-3637
  Email: Daniel.Ambar@doj.ca.gov

RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice* forthcoming)
ADAM DI VINCENZO (*pro hac vice* forthcoming)
GRANT BERMANN (*pro hac vice* forthcoming)
ANASTASIA PASTAN (*pro hac vice* forthcoming)
JULIA MAY (*pro hac vice* forthcoming)
NATALIE NOGUEIRA (*pro hac vice* forthcoming)
ALLISON CHESKY (*pro hac vice* forthcoming)
MILBANK LLP
  1101 New York Ave. NW
  Washington, DC 20005
  Telephone: (202) 835-7525
  Fax: (202) 263-7586
  Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice* forthcoming)
MILBANK LLP
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5781
  Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD
BE RELATED

3

Case No.: 4:26-cv-3790

**<u>FILER'S ATTESTATION</u>**

I, Daniel D. Ambar, am the ECF User whose ID and password are being used to file this Administrative Motion to Consider Whether Cases Should Be Related. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Daniel D. Ambar
Daniel D. Ambar

ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD                    4                      Case No.: 4:26-cv-3790
BE RELATED