Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance Corporation and Skydance Media, LLC*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PAMELA FAUST, *et al.*,<br>　　　　　　　*Plaintiffs,*<br>v.<br><br>PARAMOUNT SKYDANCE CORP., and<br>SKYDANCE MEDIA, LLC,<br>　　　　　　　*Defendants.* | Case No. 4:26-cv-03790-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Defendants Paramount Skydance Corporation and Skydance Media, LLC (together, "Paramount") agree with the relief requested in the State of California's Administrative Motion to Consider Whether Cases Should be Related, ECF No. 57, and respectfully join in the request for this Court to deem the action *California v. Paramount Skydance Corp.*, No. 4:26-cv-07116, to be related to the action already pending this Court, *Faust v. Paramount Skydance Corp.*, No. 4:26-cv-03790-AMO.

Defendant in the *California* action, Warner Bros. Discovery, Inc., further joins in this response.

DATED: July 14, 2026                    Respectfully submitted,

                                        **WINSTON TAYLOR LLP**

                                        By: */s/ Jeffrey L. Kessler*
                                             Jeffrey L. Kessler (*pro hac vice*)
                                             **WINSTON TAYLOR LLP**
                                             200 Park Avenue
                                             New York, NY 10166-4193
                                             Telephone: (212) 294-4698
                                             Facsimile: (212) 294-4700
                                             jeffrey.kessler@winstontaylor.com

                                             Jeanifer E. Parsigian (SBN 289001)
                                             Matthew R. DalSanto (SBN 282458)
                                             **WINSTON TAYLOR LLP**
                                             101 California Street, 21st Floor
                                             San Francisco, CA 94111-5891
                                             Telephone: (415) 591-1469
                                             Facsimile: (415) 591-1400
                                             jeanifer.parsigian@winstontaylor.com
                                             matthew.dalsanto@winstontaylor.com

                                             Conor A. Reidy (*pro hac vice*)
                                             Kevin B. Goldstein (*pro hac vice*)
                                             **WINSTON TAYLOR LLP**
                                             300 N. LaSalle Drive
                                             Chicago, IL 60654-3406
                                             Telephone: (312) 558-7542
                                             Facsimile: (312) 558-5700
                                             conor.reidy@winstontaylor.com
                                             kevin.goldstein@winstontaylor.com

                                             Matthew R. Huppert (*pro hac vice*)
                                             **WINSTON TAYLOR LLP**
                                             1901 L St NW
                                             Washington, DC 20036-3506
                                             Telephone: (202) 282-5004
                                             Facsimile: (202) 282-5100
                                             matthew.huppert@winstontaylor.com

                                             Natalie Kaliss (SBN 353838)
                                             **LATHAM & WATKINS LLP**
                                             505 Montgomery Street, Suite 2000
                                             San Francisco, CA 94111
                                             Telephone: (415) 391-0600
                                             Facsimile: (415) 395-8095
                                             natalie.kaliss@lw.com

1

Marguerite Sullivan (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com

Shayan Ahmad (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
shayan.ahmad@lw.com

*Attorneys for Defendants Paramount Skydance Corporation and Skydance Media, LLC*

DATED: July 14, 2026                    By:  /s/ Daniel M. Petrocelli

Daniel M. Petrocelli (S.B. #97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

Peter C. Herrick (*pro hac vice pending*)
pherrick@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061

Julia C. Schiller (*pro hac vice pending*)
jschiller@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Defendant Warner Bros. Discovery, Inc.*

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of document attests that the concurrence in the filing of this document has been obtained from the signatories above.

Dated: July 14, 2026                    By: */s/ Jeffrey L. Kessler*
                                                Jeffrey L. Kessler

3