Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance
Corporation and Skydance Media, LLC*

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PAMELA FAUST, *et al.*,<br>        *Plaintiffs,*<br>v.<br><br>PARAMOUNT SKYDANCE CORP., and<br>SKYDANCE MEDIA, LLC,<br>        *Defendants.* | Case No. 4:26-cv-03790-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS WRITERS GUILD OF AMERICA, WEST, INC. AND WRITERS GUILD OF AMERICA EAST, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Defendants Paramount Skydance Corporation and Skydance Media, LLC (together, "Paramount") agree with the relief requested in the Plaintiffs the Writers Guild of America, West, Inc. and the Writers Guild of America East, Inc.'s Motion to Consider Whether Cases Should be Related, ECF No. 60, and respectfully join in the request for this Court to deem the action *Writers Guild of America, West, Inc. and Writers Guild of America East, Inc. v. Paramount Skydance Corporation and Warner Bros. Discovery, Inc.*, No. 3:26-cv-07212 ("*Writers Guild v. Paramount*"), to be related to *California v. Paramount*

1

*Skydance Corp.*, No. 4:26-cv-07116, and to be related to the low-numbered action already pending before this Court, *Faust v. Paramount Skydance Corp.*, No. 4:26-cv-03790-AMO.

Defendant in the *Writers Guild* and *California* actions, Warner Bros. Discovery, Inc., further joins in this response.

Dated: July 14, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW

2

Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

Marguerite Sullivan (*pro hac vice*)
Christopher J. Brown (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
chris.brown@lw.com

*Attorneys for Defendants Paramount Skydance
Corporation and Skydance Media, LLC*

**O'MELVENY & MYERS LLP**

By: */s/ Daniel M. Petrocelli*
　　Daniel M. Petrocelli (S.B. #97802)
　　**O'MELVENY & MYERS LLP**
　　1999 Avenue of the Stars, 8th Floor
　　Los Angeles, California  90067-6035
　　Telephone:　+1 310 553 6700
　　Facsimile:　+1 310 246 6779
　　dpetrocelli@omm.com

Peter C. Herrick (*pro hac vice pending*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone:　+1 212 326 2000
Facsimile:　+1 212 326 2061
pherrick@omm.com

Julia A. Schiller (*pro hac vice pending*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:　+1 202 383 5300
Facsimile:　+1 202 383 5414
jschiller@omm.com

Derek Ludwin *(pro hac vice forthcoming)*
Henry Liu *(pro hac vice forthcoming)*
Ross A. Demain *(pro hac vice forthcoming)*
**COVINGTON & BURLING LLP**

3

DEFENDANTS' RESPONSE TO ADMIN. MOT. TO RELATE
CASE NO. 4:26-CV-03790

One CityCenter
850 10th Street, N.W.
Washington, D.C. 20001
Tel: (202) 662-6000
dludwin@cov.com
hliu@cov.com
rdemain@cov.com

Bernard A. Nigro Jr. (*pro hac vice forthcoming*)
Kathleen S. O'Neill (*pro hac vice forthcoming*)
**FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP**
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
Barry.Nigro@friedfrank.com
Kathy.Oneill@friedfrank.com

*Attorneys for Defendant
Warner Bros. Discovery, Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of document attests that the concurrence in the filing of this document has been obtained from the signatories above.


Dated: July 14, 2026                           By: */s/ Jeffrey L. Kessler*
                                                            Jeffrey L. Kessler