Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendant Paramount Skydance Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> PARAMOUNT SKYDANCE CORPORATION, AND WARNER BROS. DISCOVERY, INC. <br><br> Defendants. <br><br>——————————————— <br><br> PAMELA FAUST, ET Al. <br><br> Plaintiffs, <br> v. <br><br> PARAMOUNT SKYDANCE CORP., AND SKYDANCE MEDIA, LLC. <br><br> Defendants. | Case No. 4:26-cv-03790-AMO <br> Case No.  26-cv-07116 <br><br> **DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF JOINT MOTION FOR STATUS CONFERENCE RE PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Jeffrey L. Kessler, declare as follows:

1.    I am a member of the Bar of New York and have been admitted to this Court *pro hac vice*.  I represent and am lead counsel for the Defendant Paramount Skydance Corporation in this matter. I submit this declaration in support of the Parties' Joint Motion for a Status Conference.

2.    The Plaintiff States have been investigating the proposed merger between Paramount and Warner Bros. Discovery, Inc., since at least February 2026, and have already received over 2 million documents from over 80 Paramount and Warner Bros. custodians in response to subpoenas.

3.    On July 13, 2026, I met and conferred with counsel for Plaintiff the State of California. Counsel agreed that if an opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is needed, it should be due on July 20, 2026.

4.    Attached to this declaration as Exhibit 1 is a true and correct copy of the Agreement and Plan of Merger entered between Paramount and Warner Bros., a version of which has been produced to the States with the Bates number PSKY-NYAG-00012040.

5.    Attached to this declaration as Exhibit 2 is a true and correct copy of a July 3, 2026, letter that I sent to the Attorney General of California, Rob Bonta, explaining the importance to Paramount of closing by September 30 and proposing a schedule for a preliminary injunction hearing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of July 2026 at San Francisco, California.

By: */s/ Jeffrey L. Kessler*
      Jeffrey L. Kessler

1