Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel:  (415) 434-8900
Fax:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone:  (415) 433-3475
Facsimile:  (415) 781-8030
Email:  foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs in Related Case
*Faust v. Paramount Skydance Corp.*,
Case No. 4:26-cv-03790-AMO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON, <br><br> *Plaintiffs,* <br><br> v. <br><br> PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC. <br><br> *Defendants.* | Case No. 4:26-cv-07116-AMO <br><br> NOTICE OF WITHDRAWAL OF RELATED-CASE PLAINTIFFS' ADMINISTRATIVE MOTION FOR LIMITED PERMISSIVE INTERVENTION TO RESPOND TO DEFENDANTS' AND THIRD PARTIES' SEALING REQUESTS |

**NOTICE OF WITHDRAWAL**
**OF RELATED-CASE PLAINTIFFS' ADMIN MOTION FOR**
**LIMITED INTERVENTION**

**CASE NO. 4:26-cv-07116-AMO**

1

Related-Case Plaintiffs hereby withdraw their administrative motion without prejudice to eliminate any procedural dispute concerning the proper vehicle and will present their limited request for permissive intervention through a noticed motion under Federal Rule of Civil Procedure 24(b).

DATED: July 22, 2026                 ALIOTO LAW FIRM

                                     _____
                                     Joseph M. Alioto, Esq.
                                     Tatiana V. Wallace, Esq.
                                     Attorneys for Plaintiffs in Related Action

                                     FOREMAN & BRASSO
                                         /s/ Ian A. Hansen
                                     Ronald D. Foreman, Esq.
                                     Ian A. Hansen, Esq.
                                     Attorneys for Plaintiffs in Related Action
                                     *Faust v. Paramount Skydance Corp.*,
                                     Case No. 4:26-cv-03790-AMO