Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel:  (415) 434-8900
Fax:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone:  (415) 433-3475
Facsimile:  (415) 781-8030
Email:  foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>    Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SET CASE MANAGEMENT CONFERENCE AND FOR ENTRY OF A RULE 16 SCHEDULING ORDER**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Hearing Date: September 3, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: Courtroom 3, 3rd Floor<br>Location: Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, California 94612 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 3, 2026,[1] at 2:00 p.m., or as soon thereafter as the matter may be heard,, in Courtroom 3, 3rd Floor, Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, California 94612, Plaintiffs Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky will move for an order setting an in-person case management conference and issuing an appropriate scheduling order pursuant to Federal Rules of Civil Procedure 1 and 16 and Civil Local Rule 16-10.

Defendants formally appeared in this action on May 21, 2026, when counsel filed notices of appearance on behalf of Paramount Skydance Corporation and Skydance Media, LLC. Dkt. Nos. 13, 14. The 60-day period identified in Rule 16(b)(2) expired on July 20, 2026.

The Court initially scheduled a case management conference but vacated it after relating this action to the actions subsequently filed by the States and the Writers Guild. No replacement conference or scheduling order has been entered. Dkt. No. 63 at 2.

On July 24, 2026, the Court entered a stipulated order preventing the challenged transaction from closing or the parties from integrating their operations until the earlier of five days after a merits determination in the States and Writers Guild actions or June 1, 2027. The order cancelled the States' preliminary-injunction briefing and hearing, and the Writers Guild withdrew its preliminary-injunction motion. Those actions are now proceeding toward trial scheduling rather than emergency relief. Dkt. No. 77.

Plaintiffs action presently has neither a case management conference nor a scheduling order. Plaintiffs therefore move the Court to set an in-person case management conference, direct the parties to submit a joint case management statement, and issue an appropriate Rule 16 scheduling order. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the records and files in this action, and such argument

---

[1] September 3 is the earliest hearing date permitted by Civil Local Rule 7-2(a). Although the Court's Standing Order states that motions with fewer than four weeks between the close of briefing and the hearing may be renoticed absent exceptional circumstances, such circumstances exist because the Rule 16 period has expired, the prior case management conference was vacated without replacement, and the related actions are proceeding toward merits schedules.

**Pls.' Mot. to Set CMC & for Entry of Rule 16 Scheduling Order**     **CASE NO. 4:26-cv-03790-AMO**

as the Court permits.


DATED: July 28, 2026                    ALIOTO LAW FIRM



   /s/ Joseph M. Alioto
Joseph M. Alioto, Esq.
Tatiana V. Wallace, Esq.
Attorneys for Plaintiffs




FOREMAN & BRASSO


   /s/ Ian A. Hansen
Ronald D. Foreman, Esq.
Ian A. Hansen, Esq.
Attorneys for Plaintiffs