Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel: (415) 434-8900
Fax: (415) 434-9200
Email: jmalioto@aliotolaw.com


Ronald D. Foreman, Esq. (SBN 61148)
Ian A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>    Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET CASE MANAGEMENT CONFERENCE AND FOR ENTRY OF A RULE 16 SCHEDULING ORDER**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Hearing Date: September 3, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: Courtroom 3, 3rd Floor<br>Location: Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, California 94612 |

The Court has considered Plaintiffs' Motion to Set Case Management Conference and for Entry of a Rule 16 Scheduling Order, the supporting memorandum, the record in this action, and any argument presented by the parties.

The related actions challenge the proposed Paramount-Warner Bros. transaction, and Plaintiffs seek the same fundamental relief with respect to that transaction. Plaintiffs also assert additional claims arising from the completed Paramount-Skydance acquisition, seek divestiture or other relief directed to that acquisition, and allege injury in additional consumer markets. A scheduling order is therefore necessary to coordinate the overlapping claims while providing for the prosecution of Plaintiffs' additional claims and requested relief.

Accordingly, for good cause shown, IT IS HEREBY ORDERED:

1.      Plaintiffs' Motion to Set Case Management Conference and for Entry of a Rule 16 Scheduling Order is GRANTED.

2.      An in-person case management conference is set for _____, 2026, at _____ _.m., in Courtroom 3, 3rd Floor, Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, California 94612.

3.      The parties shall file a joint case management statement no later than seven days before the conference.

4.      The joint case management statement shall address:

a. a proposed schedule for fact discovery, expert discovery, dispositive motions, pretrial proceedings, and trial;

b. the extent to which discovery produced in the related States and Writers Guild actions may be shared or used in this action;

c. procedures for coordinating overlapping document productions, depositions,

witnesses, and other discovery;

d. discovery necessary to address Plaintiffs' additional claims concerning the completed Paramount-Skydance acquisition, direct-to-consumer streaming, national television news, and divestiture or other relief; and

e. the parties' respective proposals concerning a trial date.

5.    Counsel with primary responsibility for the prosecution and defense of this action shall personally attend the case management conference.

6.    The Court will enter an appropriate scheduling order following the conference.

**IT IS SO ORDERED.**

**DATED:** _____        _____
                                          HON. ARACELI MARTÍNEZ-OLGUÍN
                                          UNITED STATES DISTRICT JUDGE