Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
matt.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance Corporation and Skydance Media, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY

Plaintiffs,

vs.

PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,

Defendants.

Case No. 4:26-cv-03790-AMO

**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF DEFENDANTS PARAMOUNT SKYDANCE CORPORATION AND SKYDANCE MEDIA, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Hearing Date: October 15, 2026
Time: 2:00 p.m.
Judge: Hon. Araceli Martínez-Olguín
Courtroom: 5

I, Jeffrey L. Kessler, declare as follows:

1. I am a member of the Bar of New York and the United States District Court for the Southern District of New York and have been admitted to this Court *pro hac vice*. I represent the Defendants Paramount Skydance Corporation and Skydance Media, LLC ("Defendants") in this matter. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

2. Attached to this Declaration as Exhibit A is a true and correct copy of a November 10, 2025, letter to Paramount Skydance Corporation shareholders.

3. Attached to this Declaration as Exhibit B is a true and correct copy of the final transcript of a February 28, 2024, Paramount Global quarterly earnings call for the fourth quarter of 2023.

4. Attached to this Declaration as Exhibit C is a true and correct copy of the corrected transcript of a November 2, 2023, Paramount Global quarterly earnings call for the third quarter of 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August 2026 at New York City, New York.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler