Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel: (415) 434-8900
Fax: (415) 434-9200
Email: jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs Pamela Faust, Len Marazzo, Lisa McCarthy, Deborah Rubinsohn, and Gary Talewsky

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY,

Plaintiffs,

vs.

PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,

Defendants.

Case No. 4:26-cv-03790-AMO

**NOTICE OF PLAINTIFFS REGARDING THE COURT'S ORDER REQUIRING RESPONSES TO AMICUS SUBMISSIONS AND SENATOR BOOKER'S LETTER IN THE RELATED STATES' ACTION**

Plaintiffs in the related *Faust* action respectfully submit this limited response solely to preserve the separate status of their claims. The Court related the actions for case-management purposes but expressly stated that it "does not consolidate the cases." *Faust*, Dkt. 63 at 2. Antitrust law independently establishes that public and private enforcement actions "were designed to be cumulative, not mutually exclusive." *United States v. Borden Co.*, 347 U.S. 514, 518–19 (1954); *see also Sam Fox Publishing Co. v. United States*, 366 U.S. 683, 689–90 (1961) ("[J]ust as the Government is not bound by private antitrust litigation to which it is a stranger, so private parties, similarly situated, are not bound by government litigation.").

The States' invocation of *parens patriae* does not convert the *Faust* plaintiffs into parties to the States' action or adjudicate their individual claims. The States assert quasi-sovereign interests in their pleaded theatrical-distribution and basic-cable-licensing markets. The *Faust* plaintiffs are nonparties asserting their own threatened injuries under Section 16 in distinct consumer markets, including direct-to-consumer streaming and paid national television news. Accordingly, whatever disposition the Court reaches concerning the States' settlement, the *Faust* Plaintiffs submit that their action remains pending and is unaffected.

DATED: September 28, 2026

ALIOTO LAW FIRM

/s/ Joseph M. Alioto
Joseph M. Alioto, Esq.
Tatiana V. Wallace, Esq.
Attorneys for Plaintiffs

FOREMAN & BRASSO

/s/ Ronald D. Foreman
Ronald D. Foreman, Esq.
Ian A. Hansen, Esq.
Attorneys for Plaintiffs