UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: PAMELA FAUST; et al.

PAMELA FAUST; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

Respondent,

PARAMOUNT SKYDANCE CORPORATION and SKYDANCE MEDIA, LLC,

Real Parties in Interest.

No. 26-6423

D.C. No.
4:26-cv-03790-AMO
Northern District of California,
San Francisco

ORDER

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All other pending motions are denied as moot.

**DENIED.**