Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
matt.huppert@winstontaylor.com

*Attorneys for Defendants Paramount Skydance Corporation and Skydance Media, LLC*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY

Plaintiffs,

vs.

PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,

Defendants.

Case No. 4:26-cv-03790-AMO

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REQUIRING SEPARATE OPERATION AND PRESERVATION OF ACQUIRED ASSETS**

| | |
|---|---|
| Hearing Date: | December 3, 2026 |
| Time: | 2:00 p.m. |
| Judge: | Hon. Araceli Martínez-Olguín |
| Courtroom: | 5 |

The Court should deny Plaintiffs' latest motion for preliminary injunction as moot because Plaintiffs' operative complaint has been dismissed.

The "most important factor" in evaluating a motion for preliminary injunction is "[l]ikelihood of success on the merits." *Simon v. City & Cnty. of S.F.*, 135 F.4th 784, 797 (9th Cir. 2025). "This inquiry necessarily involves reference to the movant's claims, their sufficiency, and the evidence submitted in support thereof." *Perrin Bernard Supowitz, LLC v. Morales*, 2022 WL 3686407, at *2 (C.D. Cal. Aug. 25, 2022). Accordingly, when a plaintiff's complaint is dismissed, it is "proper[]" to "den[y] [plaintiff's] motion for a preliminary injunction as moot." *PacifiCorp v. Sixkiller*, 186 F.4th 596, 608 (9th Cir. 2026); *see also*, *e.g.*, *Theriot v. Sweet*, 2025 WL 2841685, at *1 (N.D. Cal. Oct. 7, 2025) (denying preliminary injunction motion "as moot" following dismissal of complaint); *Kavalan v. US Bank, N.A.*, 2011 WL 13254302 at *2 & n.2 (N.D. Cal. June 16, 2011) (same).

Plaintiffs agree that their motion is moot, but they have refused to withdraw it. Plaintiffs' counsel conceded at the October 21 motion hearing that the pending motion for preliminary injunction would become moot if the Court were to dismiss the First Amended Complaint. *See* Hr'g Tr. 12:2–5 (Oct. 21, 2026) ("THE COURT: Well, but -- and I think I heard you say though, Mr. Alioto, that should the complaint be dismissed, the PI would also be moot. MR. ALIOTO: That's correct."). Based on this concession and the legal authority cited above, Defendants sought Plaintiffs' agreement to a joint stipulation to withdraw the motion for preliminary injunction without prejudice. *See* Ex. A. Plaintiffs' counsel once again conceded the mootness of Plaintiffs' motion, *see id*. ("I certainly agree that the Plaintiffs' Motion for an Injunction is 'moot.'"), meaning that the motion no longer presents a "live controversy" for the Court to resolve, *see*, *e.g.*, *Baker v. U.S. Dist. Ct.*, 2025 WL 2731426, at *2 (D. Nev. Sept. 25, 2025). Nevertheless, Plaintiffs' counsel refused to agree to withdraw the motion. Ex. A.

For the reasons stated above, now that the Court has dismissed Plaintiffs' operative complaint, *see* ECF No. 102, the Court should accordingly deny Plaintiffs' motion for preliminary injunction, ECF No. 100, as moot.

Dated: October 28, 2026

Respectfully submitted,

By: /s/ Jeffrey L. Kessler

Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
matt.huppert@winstontaylor.com

Marguerite Sullivan (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com

Hanna Nunez Tse (SBN 346510)
**LATHAM & WATKINS LLP**
505 Montgomery St.
Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
hanna.nuneztse@lw.com

*Attorneys for Defendants Paramount Skydance Corporation and Skydance Media, LLC*