United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA FAUST, et al.,

Plaintiffs,

v.

PARAMOUNT SKYDANCE CORPORATION, et al.,

Defendants.

Case No. 26-cv-03790-AMO

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

Re: Dkt. No. 100

Before the Court is Plaintiffs' motion for preliminary injunction. The motion is based on Plaintiffs' First Amended Complaint, which was dismissed by order issued on October 21, 2026. *See* Dkt. No. 102. At the October 21, 2026 hearing on the motion to dismiss, Plaintiffs' counsel confirmed that the motion for preliminary injunction would be moot if the Court dismissed the operative complaint. *See* Dkt. No. 106 (hearing transcript). Along with their brief in opposition to the motion for preliminary injunction, Defendants submit a copy of an email exchange in which Plaintiffs' counsel again confirms the same understanding – that the motion for preliminary injunction is moot following dismissal of the operative complaint. *See* Dkt. No. 107-2 (October 27, 2026 email from Mr. Alioto stating in part, "In response to your email, I certainly agree that the Plaintiff's Motion for an Injunction is 'moot'."). Because the motion for preliminary injunction is admittedly moot following dismissal of the operative complaint, the Court DENIES the motion.

**IT IS SO ORDERED.**

Dated: November 2, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**